AMERICAN FRUIT PRODUCT COMPANY, Appellant, *v.* JOHN G. WARD, Respondent.

*American Fruit Product Co.* v. *Ward*, 113 App. Div. 319, affirmed.
(Reargued June 8, 1908; decided September 29, 1908.)  See 190 N. Y. 533, 562; 192 N. Y. 549.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 22, 1906, which modified and affirmed as modified a judgment in favor of defendant entered upon the report of a referee and affirmed an order granting an additional allowance in an action to recover for an alleged breach of contract.

*James Breck Perkins* for appellant.

*Lewis E. Carr* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.  Dissenting: CULLEN, Ch. J.  Not sitting: WERNER, J.